849 A.2d 162

IN THE MATTER OF VINCENT J. MILITA,
II, AN ATTORNEY AT LAW.

May 20, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–287, concluding that **VINCENT J. MILITA, II,** of **MARMORA,** who was admitted to the bar of this State in 1980, should be suspended from the practice of law for a period of three months for violating *RPC* 4.2 (a lawyer shall not communicate with a person represented by another lawyer), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **VINCENT J. MILITA, II,** is suspended from the practice of law for a period of three months and until the

further Order of the Court, effective June 15, 2004; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.